442 A.2d 349

Commonwealth v. Blagman, Appellant.

Argued February 18, 1981. H. Weston Tomlinson, Assistant Public Defender, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.